UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT ___Knoxville___

Steven Day #1044858 )
    1341731
LaShawn L. Johnson )

Robert Atkins #453431 )
(Enter above the NAME of the )
plaintiff in this action.)
                                        )      FILED

                                        )      OCT 05 2022

    v.                                  )      Clerk, U. S. District Court
                                               Eastern District of Tennessee
                                               At Knoxville
* Knox Co. Sheriff Office )
                                        )      3:22-mc-39
* Sheriff Tom Spangler )               Corker / McCook
need full staff Roster for
Sheriff officers -n- Medical )
(Enter above the NAME of each  to I.D
defendant in this action.) Defendant's )
See: Attachment (A) with Photos attached

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.   PREVIOUS LAWSUITS

     A.   Have you begun other lawsuits in state or federal court dealing with the same facts
          involved in this action or otherwise relating to your imprisonment?  YES (  ) NO (X)

     B.   If your answer to A is YES, describe the lawsuit in the space below.  (If there is more
          than one lawsuit, describe the additional lawsuits on another piece of paper, using the
          same outline.)

          1.   Parties to the previous lawsuit:

               Plaintiffs: _____ N/A _____

               _____

               Defendants: _____

               _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example, Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _Knox County Jail (Tenn)_____

A. Is there a prisoner grievance procedure in this institution? YES (√) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (√) NO ( )

C. If your answer is YES,

    1. What steps did you take? _We filed grievances and appeals_

    _____

    2. What was the result? _They did nothing_

    _____

D. If your answer to B is NO, explain why not. _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (√) NO ( )

F. If your answer is YES,

    1. What steps did you take? _Filed grievances and appeals_

    _____

2

2.    What was the result? _Nothing_

III.   PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A.    Name of plaintiff: _Steven Day # 1644858_

Present address: _5001 Maloneyville Rd Knoxville, TN 37918_

Permanent home address: _N/A_

Address of nearest relative: _N/A_

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B.    Defendant: _Sheriff Tom Spangler_

Official position: _Sheriff of Knox Co, Tenn_

Place of employment: _Knox Co. Sheriff Office / TN_

C.    Additional defendants: _need Staff Medical -n- Security_
_roster to id more defendants +n- witnesses._

IV.   STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

_See Attached Complaints / Affidavits_

3

See all the Complaints/Affidavits attached!

* CLASS ACTION 42 U.S.C. sec. 1983 Civil Suit

Each Claim is labeled by Initials in the left hand corner of every Complaint/Affidavit sworn upon penalty of perjury.

* Some complaints/Affidavits are front and back on there pages so please look.

* If a claim is not labeled it falls under "Complaint 1-C" Its the general complaint.

* Shelby "Shelly" Harris and the women of K.C.S.O. 2-A,B,C, and D pod will send in there complaint to go under complaint (1-C) also please Amend for this case to add them.

Respectfully Submitted
Steven Day

## V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments.

Cite NO cases or statutes.)

1) We are requesting retraining staff /-N- a Equal Employer Opportunity
2) Actual, Nominal, and Punitive Damages of $20,000,000.00
total as a group.
3) Injuction to Allow us at least (1) one hour of rec a day.
4) Fix the issues addressed inside each Affidavit/complaint.
5) Official Misconduct be addressed and assessed.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____Fifth_____ day of ___September___, 20 22.

_____Steven Day_____
Signature of plaintiff(s)

5

\# Mail Discovery Materials to LaShaun Johnson
#1341731

Defendents

1) Nurse Praticner Daughtry Knox Co. Tenn (K.C.S.O.)
2) C/o Burnette Knox Co. Tenn (K.C.S.O.)
3) C/o Pichy (K.C.S.O.)
4) C/o Shrader Washington County. Tenn (W.C.S.O.)
5) Director of Medical Melissa Feleici (K.C.S.O.)
6) Sheriff Tom Spangler Knox Co. Tenn
7) Cpl. Thomas (K.C.S.O.)
8) Need medicial -n- Officer's Roster to F/b the other
   Defendents from Knox County Sheriff Office; I need
   the Rank, Department, shift, and full name. I
   also need the records of every Medical and Officers
   who worked from 7-28-2022 to 9-1-2022 by
   shift and department. This Roster will be used
   to I.d. more defendants, and wittnesses and we
   are asking the court order a court order K.C.S.O
   and Washington County Sheriff Office to preserve
   all records, recordings, and body cam footage so the
   evidence wont be destroyed.
9) Lt. Spring
10) Lt. Smith
11) Lt. Miller
12) Captain A. Turner
13) Tennessee Department of Corrections
(14) Sgt. Oldham
(15) Cpl. Frizz/Fritz

\# If there's no Complaint for the plaintiff's see I-C Complaint

\# Mail all Materials Relating to this class Action Civil
    Suit to LaShaun Johnson

(I-C)

## U.S. District Court for Eastern District
## Of Tennessee AT Knoxville

Plaintiffs      ( Against Knox County only )

1) Parker Harynz # 167539
2) LaShaun Johnson #1341731
3) Robert Atkins #453431
4) Joshua D. Welcome #1274075
5) James Tyler Porter
6) Travis King #473258
7) Thomas Sattee # 1475635
8) James Henry #433187
9) #1301392
10) Harper 167539
11) Jayland Woods #1308000
12) Gregory C. Turner Jr # 1292486
13) James Henry #433187
14) Steven Day #1044858
15) Eddie Crippen # 520324 Retaliation
16) J. Weaver #903265
17)
18)
19)
20)
21)
22)
23)

1) Class Action Civil Suit
2) Jury Demand
3) Bivens/Tort "let the court
   decide Jurisdiction."
4) Const. violations
5) Complaints / Affidavit
6) Indigent F/m's gets recipits
saying no charge #0.00 but they
charge our accounts

# Pg 1



## Affidavit/Complaint

*section 1400-01-12 I/m Programs and Activities (1)(3) of T.C.I. "Tenn. Corr. Institute Minimum Standards". Every I/m Shall receive at least an hour per day of Rec outside of the cell, and we come out every 3 to 4 days. We get rec only 3 days a week. Admin staff says they have enough staff but they don't and the entire population has advised them that our needs are not being met, and they continue to violate our rights and justify it by saying the judges is on our side y'our not gonna win a lawsuit against us and they laugh how they violated our rights.

*section 1400-01-07 Security (20) Facilities shall have sufficient staff and they don't. thats why we don't get rec.

*section 1400-01-09 Sanitation/Maintance we are not being offerd a chance to clean our cells daily and we are not being offerd trash cans so trash sits in our cells for days with trash in a corner and a dirty cell, and we can't shaver for days. 1400-01-03 Definitions (30) Furnishings (50) Plan of Action (69) Type (1) Facilty. Can't pray in dirty cell.

We are denied to clean our cells daily, we can't shaver daily, we have trash inside our cells for days, and we get rec (3) days a week. Staff says T.C.I. says we are only offered rec every (72) hours per Tenn Rules-n-Regulations we are not on facility lock down. This has been going on for the last (5) months.

(1-2)

*we are asking the court for a "court order Injuction" for them to run rec at least (1) hour a day.

*we are asking the court for a "court order Injuction" for them to allow us to clean our cells, shower daily, and to provide trash cans for each cell. We are asking that they stop the practices of mixing min, med, and max inmates along with Disciplinary Inmates. We are asking that the food budget be for the I/m Population and not split between the sheriff Deputies and I/m's. Staff are misusing funds approved for the I/m population purchasing 60% of our budget for there own personel menu than ordering our food with the other 40% they should eat what we eat and they dont have a Liscenred Diottician and they need one.

## Requested Damages

Monetary $ 50,000
Actual $ 50,000
Nominal $ 50,000
Punitive $ 50,000

I swear this is true to the best of my knowledge.

III Parties Plaintiff #
5001 Maloneyville Rd
Knoxville, Tenn 37418

| Facility | Knox County, TN |
| --- | --- |
| Inmate | **LASHAWN LAMOUNT JOHNSON** |
| Inmate ID | **1341731** |
| Inmate Balance | $0.00 |
| Inmate Loc | **KCDF-1C-118** |

| Qty | Item |
| --- | --- |
| 1 | INDIGENT PAPER PAD |
| **1** | Total Items |

| Order Date | 08/14/2022 |
| --- | --- |
| Order ID | 77915421 |
| Subtotal | $0.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $0.00 |

signature: _____

*[handwritten annotations: "Pg 3", "9:45 pm", "9:53 pm", "6/10 got Here", "(9:05) got Hu's $30?", "4th call"]*

As you see my F/m Balance is zero dollars, zero cent. The subtotal, order fee, order tax, and order total is zero dollars, zero cent meaning I'm not being charged for the "Indigent Items" but I am being charged under the table. I am being charged for each envelope, paper, pencil, eraser, postage, and all indigent Hygiene Items on my Transaction history it list the fees I'm being charged. Requesting that K.C.S.O. open there books and refund every single dollar an cent they have illegally obtained through these fraud actions and that someone be held accountable for these violations of Official Misconduct.

*[signature]* 9-5-2022

Facility                     Knox County, TN

Inmate              **LASHAWN LAMOUNT
                           JOHNSON**

Inmate ID                        **1341731**

Inmate                                 $0.00
Balance

Inmate Loc                 **KCDF-1C-118**

| Qty | Item |
|-----|------|
| 2 | INDIGENT ENVELOPE (LEGAL) |
| 2 | INDIGENT ENVELOPE (PERSONAL) |
| 1 | INDIGENT ERASER |
| 1 | INDIGENT PENCIL |

| **6** | Total Items |
|-----|------|

| Order Date | 08/21/2022 |
|-----|------|
| Order ID | 78295686 |
| Subtotal | $0.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $0.00 |

signature:

_____

# Washington County Detention Center
## Notification of Offense / Notice of Disciplinary Board

Inmate Name JOHNSON, LASHAWN    Pg 5    Date and Time of offense @ 4/23/22 @ 2014

Officer's Name _____    Location of incident C9 DAY AREA

Offense: ☑ Introduction [2]

CLASS I: #9: INTRODUCTION OF DANGEROUS CONTRABAND. CLASS II: RESISTING, CLASS II: #6: DISOBEYING A LAWFUL ORDER, CLASS II: #7: REFUSAL TO LOCKDOWN

Details of Offense:        ☑ tattoo gun found in 10 cell I live in 11

ON THE ABOVE DATE AND TIME I, OFFICER STRADER [1040] WAS CONDUCTING CELL SEARCHES IN C9, WHEN I DISCOVERED A TATTOO GUN IN 10, INMATE LASHAWN JOHNSON TOOK OWNERSHIP OF THE CONTRABAND, BUT STATED HE DID NOT KNOW ABOUT IT AND REFUSED TO MOVE TO LOCKDOWN, CHEMICAL AGENT WAS DEPLOYED TO GAIN CONTROL.

Direct supervision ☐ No clo in pod

_____ [1040]
Officer's signature

-------------------------------------------------------------------

I have read the above charges and enter the following plea. By signing guilty you waive your right to a Disciplinary Board Hearing.

Guilty ☑        Not Guilty ☒

Inmate's Signature _____

I _____ waive 24 hour notice of disciplinary board.

-------------------------------------------------------------------

## Personal items inventory placed in storage
by C Guth #1059

Placed in storage locker _____

|  |  | 1 SOUP |
| --- | --- | --- |
| ____ T shirts | ____ envelopes | ____ chips |
| ____ underwear | ____ books | ____ cakes, pies, |
| ____ socks | ____ playing cards | ____ cookies |
| ____ long under wear top | ____ hair products | ____ coffee |
| ____ long under wear bottoms | ____ skin products | ____ drink mix |
| ____ shoes | ____ photos | ____ candy bars |
|  | ____ letters | ____ candy/trail mix |

Inmate signature on date removed from them _____ 4-24-22

Inmate signature when items returned. _____

WCDC 146 (REV 8/14)    Asked for Grievance on   4-23-22 Sgy Rbn
                                                 4-24-22 % strader

pg6

## Affidavit / Complaint

Washington County Detention Center Tennessee. I F/m
LaShaun Johnson was being housed here by the U.S. Marshall
office. On April 23, 2022 Saturday C-9 Pod C/o Jackson
searched cell 110 and he found a home made gun [tattoo] which he
had given me ealier that day which was inside some Long Johns
and a mesh laundry bag hanging from the outside of the cell
door and C/o Jackson opened the door and gave me the
bag w/o checking it. C/o Jackson asked me to break the
Down the tattoo gun and flushed the needle and fan
blade for the gun, and he took the cup used as a body for
the gun. "Check footage". I walked out in nothing else
happened and we was placed back inside our cell. Within
minutes C/o Strader pulled us back out and searched the
cell again and found the remains of the tattoo gun. C/o Strader
said I don't care which one it is but one of you are going
to the shu. So I exsplained that an F/m left the bag on
my door and C/o Jackson gave it to me and C/o strader
said well you should have gave it back then said cuff up
your going to the SHU for "Introduction of Dangerous Contraband".
I stated I didn't make it, or smuggle it into this Facilty so
you are charging me wrong the charge is Possession of Contraband
not introduction. C/o Strader is a (cowboy) he loves violence
and he loves beating up Inmates so I said C/o Strader I
will go to the shu, but I need to see sgt. following the
chain of command please [____] lation is the key and

LS

1400 - 01 - 03 Definition (8) contraband
(25) Due Process

C/o Strader said no talking cuff up and about 10 officers started circling around me as C/o Strader said aint nobody saving you. I was pepper sprayed, which resulted in minnor injuries, but (2) staff was hurt in sent to the hospital for the use of force. <u>Failure to Protect, Due Process, Cruel-n-Unusual Punishment, 8th Amendment violation</u> "A use of force is excessive and violates the 8th Admendment when it is not applied an in effort to maintain or restore discipline, but used to cause harm. <u>Excessive Force</u> I agreed to comply to go to the shu, but I knew the violation was bogus so I asked for the Stg Aioln/Ailon/Aion. Introduction is a false charge and I advised him of that but Strader didn't care. I begged Strader to use deesclation and not to pore gas on the fire and hurt me and it fell on deaf ears. C/o Strader was working outside of Policy and Procedure, and he was intent on causing me harm he was not restoring order, restoring discipline or maintaining it he was disrupting order, by violating policy knowingly. C/o Strader should not get Immunity due to his training and knowledge of 4/n Rights. C/o Strader knew charging me with "Introduction" was not right by Policy -n- Procedure but he did it with the intent that I would fly off the handle, but I begged him not to do this, to use his head, and that this is wrong but he did not listen. Once I was on my way from Booking C/o Grassett and I passed the kitchen and I said Here's the body to the tattoo gun (cup) C/o Jackson took and C/o Grassett picked it up at it and said Johnson

L3

your right this was a tattoo gun. Check footage. The Policy for Possession and Introduction of contraband are well established Laws and where violated. C/o Strader conduct was unlawful. C/o Strader is at fault and has a legal responsibilty to be held liable for his actions. Failure to Train Properly relys solely on W.C.S.O. When I asked Stg Ailon for a greivance he said "NO" C/o Strader does not work on my shift you got to ask his Stg. over his shift, but I did and got the same answer "NO" it's Stg. Ailon problem. On April 23, 2022 2nd shift C/o Strader was in C-9 searching cells on Stg. Ailon Shift. Stg. Ailon stated C/o Strader was off the clock and therefore not his responsibilty, but he was still working even if he was clocked out already. Then C/o Strader Told F/m Mayo that I said I got the tattoo gun from his cell. F/m Mayo cell search recovered a home made Knife that he could of used on me for C/o Strader lies and games put my life at risk! W.C.S.O. should preserve all video footage and records about this incindent and to fail to preserve should be seen as destroying evidence of fruits of illegal conduct. I'm asking to sue 1983 Civil Rights claim against Washington County Tennessee, Washington County Sheriff Office, Washington County Sheriff, and C/o Strader, and Stg. Ailon, Denied Greivance

Requesting Damages

Monetary $100,000
Actual $100,000

Pg 9

LS

Nominal #100,000
Punitive #100,000  plus #500,000 from the WCSO
              totaling # 900,000
I will need a staff roster to I.D. the other staff involved.

Certificate of Service

LaShawn Johnson #1341731
5001 Maloneyville Rd
Knoxville, TN 37918
Rodger D. Wilson Detention Center

Affadvit/Complaint

section 1400-01-12 Inmate Programs and Activities (1), (3)
of T.C.I. " Tennessee Correctional Institute Minimum standards
says (Every I/m shall get a min of (1) one hour of out of
cell daily). I been here 22 day's and WE have been issued
rec (9)days out of (22) which violates sec.1400-01-12! Staff
shortage is the reason they say but if they don't have enough
staff to run a safe and secure facility why are there doors
still open here ⊙ knox County Sheriff Office. Our heath -n-
safety is at risk here. We can only shower, clean our cells,
while we are on rec so this is opening the door for us to catch
COVID-19, or Monekeypox etc... We have trash piled up in
our cell's due to no trash cans, or being able to dump trash out
our pie flaps, which violates our 8th Amendment to Exercise,
sanitation, Hygiene, and our food is cold not warm cold
when we get it food. Together These claim's are not humane.

Case 3:23-cv-00063-DCLC-JEM   Document 1   Filed 10/05/22   Page 16 of 39
PageID #: 16

pg 10

LS

conditions. I came from MCC-Chicago, and Laurel Co. Corrections Jail and Kentucky with medication for my mental health issues and physical issues which was issued by a Mental Health Doctor, and a Facility Provider which amounts too "Serious Medical Needs" and upon Intake into Knox Co. Detention Facility Knox Co. Medical Nurse in intake received my medication and said I'm not allowed to approve these meds so I will put you on the list to see the provider to continue this medicine because I was told we practice not issueing these meds. 1400-01-13 Medical Services (5) Continuity of Care (8) Receiving Screening (d) prescribed Medication (9) 14 day examin by the Facility Doctor or Provider. These where violated by medical when the nurse told the provider to discontinue my meds without me seeing the Provider which violates my rights I have a serious medical need and I was issued those meds because they keep me on a cool state and without them I have been having breatheing problems, nightmares, cold sweatts, and its effecting my eating habbits w/o the meds. On 7-19-22 Judge Leon Jordan 6th Circuit Federal Judge stated I'm not to stop my meds for mental health, and to get treatment for my mental health issues. I don't know who is over medical, but they Knox County Sheriff Office is over Medical as a whole. *(I will need a Medical Staff Roster to I.D. every medical staff involved) and I will need a Staff roster for all Staff notified from

LS

Knox Co Sheriff office officers at Rodger D. Wilson Detention Facility and Medical Staff here. 1400-01-07 Security (20) Facilities shall have sufficient staff, including a designated supervisor to provide, at all times, the performance of functions relating to security, custody, and supervision of I/us as needed to operate the facility. 1400-01-03 Definition (69). 1400-01-05 Administration/ Management! 0780-01-41-03 Audits! 1400-01-09 Sanitation/Maintance. 1400-01-10 Food Service. 1400-01-03 Definitions (23) Disciplinary Segergation. I-C is a Max General Population Pod filled with Disciplinary Seg's of Min, Med, and Max Pre-seg and Disciplinary status which is unlawful to mix us. (27) Facility Administrator, (30) Furnishings no trash can/wastebaskets. (31) General Population, (36) Informed Consent. (44) Menu Pattern, (45) Monitor, (49) Physical Plant, (50) Plan of Action (69) Type (1) Facility 1400-01-05 Administration/Management (2) Money is being mis-used to order I/m food and staff food 40% of the budget is spent on our food and staff gets the rest. When they order they order for our menu, then they order for there menu. They should eat what we do but they don't they eat better here than they do at home. Misuse of funds.

Our rights are being violated as a group and Individually. So therefore Im filing this 1983 Civil rights Complaint against Knox County Sheriff Office

pg 12

LT
Sheriff Tom Spangler, and I need an exact staff
Roster for Medical Staff names and titles so I can I.D.
the other Defendents and a full staff roster for Security
Staff at Rodger D. Wilson Facilty, rank and name so
I can I.D. wittnesses and defendants. Theres mold
, nats, flys, and rats inside this facilty / cells.
                                                    I have
filed request and greivances about these issues.
          In 2017 I had a staff member stand
there and look at my penis as I did (#1) and when
I asked for a greivance he stated why you acting
like a little bitch about it and locked me up. Once
I filed the prea Lt. Frits and another guy came to
me and the other guy said drop the complaint or I
will street charge you and I refused and was
street charged. The charges are pending still.

I swear under peanlty of perjury the above
mentioned is true to the best of my knowledge.
          Requesting Damages
Monetary $1,000,000
Actual    $1,000,000
Nominal   $1,000,000
Punitive  $1,000,000
                total $4,000,000
          Certificate of Service

pg 13

LS

LaShawn Johnson #1341731
Knox. Co. Detention Facility
5001 Maloneyville Rd
Knoxville, TN 37918

8-21-2022

I asked for a copy of my Account to proceed
in form of Paupis and was denied check Request
on kisok I owe $80 plus dollars I'm Indigent

KCSO 2, 3, 4 all get rec but 1 building.
14th Amendment Violation

*T.C.A. 39-16-402 (a) (3) Official Misconduct
                    Public Corruption
*T.C.A. 40-38-610    Unlawful Acts
T.C.A. 40-16-101 Immunity from Prosecution
T.C.A. 40-6-108 Exclusionary Rule
T.C.A. 40-13-216  Alleging Conspiracy
T.C.A. 40-3-202 Legislative Intent
                    Retaliation
            1st / 5th / 6th / 8th / 14th Amendment violation
Due Process, Equal Protection,

LJ

8-28 2022 *sunday* %o Cougar got my cloths @ 2:00 pm 1st shift Burger tripple/w/bacon

8-28 2022 *sunday* %o denied me to file Prea/ Greivance 3rd shift (9 letters 2 cart 2 lawyers)
*Childress*

8-29 2022 *sunday* %o Hot wings 100ct from staff dinning 1st shift

8-29 2022 The kitchen has fead me cheese everyday for a month, potatoes everyday

8-29-2022 I'm Allergic to Poultry, Beans, and shellfish! No Eggs, No Turkey, No chicken. They give me Heinz real mayonnaise everyday which has Soybean, and Egg yolk, bread with eggs in it, and boiled potatoes and cheese sandwich every day (1) slice of cheese (2) pices of bread with eggs in it. My health -n- safety is at risk. 12:30 pm hit button KCSO trying to Kill me I been complaining about my special diet, and I'm still being fead ice cold treys with food I'm Allergic too, can't shower daily, clean daily, or rec daily and they have taken the tablets to prevent me from contacting outside resources for help. In the last (5) days we have gotten (1) hour of rec.

8-29-2022 %o Burnette made a verbal threat to me to do physical harm to me, I hope it don't come to it but I will protect myself, if need be from senseless abuse/Assualts.

8-29-2022 Dinner I was given bread and mayo which I'm Allergic too.

9-2-2022 *Friday* N.P. Mrs. Daughtery was speaking as a "Mental Health" Dr/N.P. and during this time w/o my permission %o Witt was standing in the doorway of the Pharmacy Office, recording my entire conversation on body cam thats supposed to be private, and I never gave her or him permission to record my mental Health Session, nor did I agree for him to be present. I stated I would sue them and N.P. Daughtry violated my right and recorded my session w/o my

Knowledge or permission. Drs or people acting on behalf of Dr's
are supposed to ask you for your permission to for a stranger
to stand in your session and most defently they are
supposed to ask you for your permission to record your mental
Health session. I didn't think about it until I got too
my cell that the C/O was there w/o my permission and his
bodycam was on (blinking green) which means it was
recording. I never signed or agreed for the C/O to be present
or for them to record my hearing Dr./Client privledge was
violated knowingly today. My past, and present mental
Health history was recorded on a C/O Body cam w/o my permission.
My Confidental Information was recorded w/o my consent or
my permission. A "Patients Privacy" Shall be Protected, and at
least she could have given me a chance to object to the C/O being
there and him recording my session without my permission. Tenn.
Med. Malpractice Act, Modification or Limitation of all clients
rights (Psychologist/Client Privilege. I asked for policy on
N.P. Daughtry said I got to get my Lawyer to request the
Policy from the Knox County Sheriff Office, so this is her
way of hindering me from getting the policy and policy number.
On 8-23-2022 @ Approx 9:17am Cpl. Knowles stated as of
monday @ 5pm the Chief changed the policy on getting Policy
and Procedures and anything concerning an F/u name an I-C-
Pod. Upon my admittance to Rodger D. Wilson Detention
Facility was Meloxicam 7.5mg, Hydro Chlorothiazide 25mg,
Amlodipine Besylate 10mg, Omeprazole 40mg, Quetiapine
Fomarate 300mg, Buspirone, Lithium Carbonate

LT
300 mg, Phenytolin Sodium 100 mg.

Individual-Capacity claims! Qualified immunity protects governmental employees from individual, civil liability as long as their conduct does not violate clearly established "Constitutional rights of which a reasonable person would have known. The Conduct was clear and unlawful.

* Denial of medical care.
* Deliberate Indifference
* Due Process Violation
* Official Misconduct
* Retaliation for exercising Constitutional Rights
* Right to practice Religion freely
* Condistions below Constitutional Minimum Standards
* Exhaustion Completed "Administrative Grievance"
* Policy Maker
* Right to humane conditions
* Legislative Intent  T.C.A. 40-3-202
* Due Diligence Violation
* Unlawful Acts
* Conspiracy Alleging 40-13-216
* Collecting from Inmate Funds 40-25-143
* Failure to Protect
* Excessive Force Claim
* Cruel and Unusal Punishment

5-B-3cell, 10.10pm

4-3-2022

# pg 17

LS

*On 8-22-2022 C/o **Burnette** didn't feed me. He handed my celly (2) treys and once I noticed the treys I stated I'm on a special Diet and I need my trey he shut the flap and said then don't eat it and kept going. When he came back to get the treys I made sure to let him know this is your whole trey nothing is missing I need my special diet trey for his body cam and my cell mate said give him his trey and the C/o said "if he ask me nicely, I might feed him" So I begged for the trey and he left when he came back he said He hall worker ate my trey and I didn't get feed for dinner that day. I pressed the emegency button (5X) and I begged He C/o (far X) and I was not feed that night. The C/o made me beg for food, for my trey and did not feed me.

*On 8-27-2022 C/o Lum an Susler took all He tablets out of I-C Pod which is "Max Pod" but cell 109-n-220 are Disciplinary Mediumum housed here in a max general population pod and they took the tablets. The C/o laughed and said see if yall can file a lawsuit now w/o tablets to file a grievance, or get on He law liabary. I'm not on disciplinary, I'm max general population.

* It's over a month and I have filed over (5) request to property trying to get some boxers, and a 2nd outfit to change into and I never got it. I'm being denied to maintain good hygiene.

* I can't prey in filth, and nasty cloths. I can't pratice my religion freely as a sunni Muslivm 1st Amendment. I can't touch He Holy Quran, prey, and filth. I haven't been able to prey an over a month, and I can't prey naked. I have no boxers, or a 2nd outfit to change into. I can't clean my cell daily or shaver and trash in my cell piled up for days

LS

I can't offer salat under these condistions. If we was allowed to
clean, shower, and had a trash can I could prey daily like the
(5) pillars of islam says is mandatory obligations of a Muslim.

* On 11 to 14 diffrent occaission I have been refused food by a
staff member and I filed greivances.

* I thaught of dieing more in the last 60 days, than I have in
my life. Em physically in pain from my Neck to my feet,
from lack of exercise. I'M loosing weight rapidly from the lack
of well balanced meats.

* I broke my foot-n-toe, I was affaird of the treatment I
would receive from medical staff and how much they would charge
me for it.

* I was refused lawyer calls, and every time the police passes
by my door they knock on it with there keys.

* I was general population since I been here 7-28-2022 but
a Inmate convicted of a House Infraction and sentenced to
Disciplinary time was housed in my cell with me how is that?

* During my last stay a 4o committed Staff varnilizium "Watched
me use the bathroom" when I filed a Prea Lt. now Captain Frizz
and another man told me to drop the issue or I would be street
charged for filing a false Report and that is wrong when
he was preying on me sexually. Em still going to cart on
this charge now. Than Cpl. Kidd now Sg. Kidd called me a
(Fucking NIGGER) and we got into it. I'm being retaliated
against, and when I ask for policy Em refused stating get
a cart order and we will give it too you. Myself and 4/m
Day was refused our accanidations to proceed Indigent.

(Recreation) TN-Rules-n-Regulations Section 1400-01-12
Inmates Programs and Activities (1) Type I, II, III, and IV
Facilities shall meet the following requirements (3) Inmates
shall have access to exercise and recreation oppurtunities
A written plan shall provide "that all Inmates have the oppurtunity
to participate in an average of one (1) hour of physical exercise
per day outside the cell". Out door rec may be available when
weather and staffing permit.          #453431
Since July 12, 2022 Tuesday I inmate Atkins have only
been able to get a shower, clean my cell, and get a chance
to call my lawyers, every 3 to 4 days  my mail has been tampered
with numerous times still no administrative remedies after asking
multiple times. constantly I'am denied rec because any Inmate
who gets a write-up from medium to minimums are housed
in IC unit till Disciplinary Board has given them disciplinary
time instead of sending them to the hole in I-D or KCJ I'm
to loose rec while other units have a full rec time that is
to be equaled as other Inmates, I have high profile cases.
1400-01-07 Security (20) Facilities shall have sufficient
staff, including a designated supervisor to provide, at all times,
the performance of functions relating to security, custody, and
supervision of Inmates as needed to operate the facility in
conformance with standards. We are locked down due to
insufficient amount of staff, and our needs are not being met in a
orderly fashion  1400-01-13 Medical Services (9) This
examination shall be performed by a physician or a person who has
been designated by a physician capable of performing such →

examinations. The person must do so under the supervision of a physician. (b) Inquiry into medication taken and special health requirment; (h) A review of the intail intake recieving Screening, (10) (b) current medication.

Requesting Damages
Monetary    $100,000
Actual      $100,000
Nominal     $100,000
Punitve     $100,000

I swear upon Peanlty of Perjury the above is true and correct to the best of my Knowledge.

Robert      Atkins # 453431
5001 Maloneyville Rd
Knoxville, TN 37918
Rodger D. Wilson Detention Facility

per

## Affaduit of Complaint
### T.C.A. 40-

On August 15, 2022 @ approx 9:33pm I Inmate James, Tyler, Porter was housed in 1 building, C pod, cell 11. At 9:33pm I begin screaming for help from the staff/%'s to help me. At 9:45pm I was physically assualted by my cell mate for (8) entire minutes, from 9:45pm to 9:53pm! Complaints of staff shortage has been raised, and cpl. Thomas was notified by Inmate LaShawn Johnson #1341731 that due to security not having enough staff our health and safety is at risk. This pod is "DIRECT" supervision meaning a %o is suppossed to be in this pod 24/7. 1 Building to be well ran by standards should have (5) %'s every shift, (1) cpl. every shift, (1) stg every shift, and (1) Lt. I got beat unconcavis for (8) minutes than it still took them another (5) minutes to get me out of the cell. I was Hopitalized over this incindent, and when I returned from the hospital I was placed right back in the same pod with the guy who beat me/Assualted me. 8th Amendment Violation cruel and unsual punishment/ Failure to Protect, Exercise, Sanitation, Hygiene. We are General Population and Per T.C.I. Tennessee Correctional Institute, Tennessee Rules and Regulation's section 1400 we shall get (1) hour of out of cell rec a day at the minumum and we might get rec (3) day's a week due to staff shortage. We are denied shavers, to clean our cell, we don't have proper trash cans so our cells are full of trash for day's, then we ask for help we

are cussed out, disrespected, and laughed at by the %'s.
The chances of catching COVID 19, or monkey Pox is
real in this situation. We are not issued cleaning rags or
proper chemicals daily. I can't maintain proper Hygiene
due to these condistions. I was assualted by a gang member who
is locked up for murder, and placed in a hospital for (4) days due
to the beating. If Knox County Sheriff Office had enough staff to
provide us with a safe and secure facilty I would have
never got beat within a inch of my life because the %
would have heard me screaming for help for (12) minutes before I
was assualted. why do I have to pay the price because this
facility don't have enough staff members to run a safe and secure
building. We are served cold food every day, not warm cold. The
budget for food is split between Inmates and %'s and we get
40% of the budget and staff get 60%. They eat (10x) better than
we do. We cook for us, than we cook for staff. Due to Admin
Staff being aware of these issues Em asking that "NO One" is
Immune from Civil liabilty on this suit. Failure to Train
properly falls on the shoulders of K.C.S.O. so Em sueing Knox
County Tennessee, Knox County Sheriff Tom Spangler,
Knox Co. Chief Stevens, Lt. over (1) building, Stg. Jones, Cpl.
Thomas, and Knox County Sheriff Office for the above stated
reasons, and Em asking that they be sued in there Individual
and official composity, and Captain A. Turner. Em in fear that
Per Const. Rights of prisoners § 8.12 Retaliation for Exercising
Constitutional Rights will be violated. Em asking the cort to
issue a Injuction per § 13.15 be allowed to clean or

Pg 23

Por

cells, shaver, exercise, sanitation, and get at least warm food daily.

All records, videos, Eletronically Recorded be saved as Evidence and to disregaurd will be looked upon as Intentionally destroying Favorable Evidence. The degree of negligence involved is simply plain.

Requesting Monetary Damages #500,000
1) Actual Damages #500,000
2) Nominal Damages #500,000
3) Punitive Damages #500,000
total requested #2 million dollars

Certificate of Service

I hereby certify that on August 21, 2022 , the above mentioned was wrote and the facts are true and correct to the best of my knowledge

Jamee Fyelu Parker

Knox County Detition Facilty
5001 Maloneyville Rd
Knoxville, TN 37918
Rodge D. Wilson Detition Facilty

X

1) Presey/ Pre Disciplinary
2) Admin Seg
3) P/c Protective Custody
4) Disciplinary

<u>LJ</u>                    Unit C-8 Pod

1) Pre Seg- F/ins are placed in the "SHU" pending an official Disciplinary Hearing, and shall keep all there privildges untill they are found Guilty by a (D.H.O)

2) Admin Seqregation-F/ins placed is deemed to have or pose a threat to security shall be housed in the (shu) and maintain all privledges.

3) P/c Protective Custody - F/ins are not on Disciplinary and is placed/housed in a Special Housing Unit for protection and they are to maintain all privledges unless they are on P/c Disiplinary and has been found Guilty.

4) Disciplinary Seqregation-F/ins are found guilty by a DHO and loose all privledges and this is the only way to be punished is to be found guilty of a disiplinary Infraction and then you loose all your privildges.

If you are a P/c, Ad seg, Pre-seg, or Disciplinary F/u and ya feel that you are being denied your right by deliborate Indifference from W.C.S.O sign below. If you have been violated sign below. Class Action Law Suit For Equal Protection, Due Process, Excessive Force, Failure to protect, Cruel and unusual Punishment, Deliborate Indifference, and failure to train properly.

| Date | classification | | |
|------|------|------|------|
| 4-25-22 | Fed C-8-4 | LaShaun Johnson | |
| 4/25/22 | pend y state C-8-8 | Steven Warren | Steven Warren |
| 4/25/22 | State C-8-4 | Elijah Gates P/L | Elijah Gates |
| 4/25/2 | State C-8-11 | DAshaun Cadall | DAshaun Cadall |
| 4/25/2 | County | Brian Abel | B___ Abel |
| 4/5/22 | State C-8-2 | Mikey Story/stories | Mikey Story |
| 4/14/2 | Pending state C-8-3-11 | Malik Williams P/L | Malik Williams |

(W.C.S.O.) only

pg 25

Dealing with
Knox County DC

August 27, 2022

RDWDF (Roger D Wilson Detention facility)

So there have been a count a numerous different things that have been going on while I have been locked up in the ~~Knox~~ facility dealing with the faculty in this facility. First of there have been more than enough staff here in attendence, but have slacced off and/or just lolligagged around and not have taken their job serious. We've had to go thru so many days of us not going thru our daily routine of us having recreation. Even having the mandatory 72 hours of us getting out of the cell, they still go against our rights and held us for more than over a week of us not getting our recreation or even getting out of the cell for fresh air, or for us to take care of our hygiene. Now along this date, I was refused even asking repeatedly ova and ova if I could get my tray for supper; They did not feed me on 8/27/22 around 5:30 p.m. The shit they are getting away with is getting out of hand. I wrote, or filed, a grievance about us not having our time and their response was that it was "cataloged" that we had had our recreation for 4 days prior to my grievance. With that being said, going thru the ~~cameras~~ cameras, it shows that we hadn't had those "cataloged recreations". Furthermore, that is going against my rights as an inmate being in their facility.

and that is false documentation, which is also very illegal on their part of the ordeal. I'm just asking and hoping that something be done so they can stop treating us like animals or like we are lesser human beings than they are.

Thank you,

Jaylond Woods
1308000

P.S. I've also had communication problems with the LT, LT Spring, about these situations. I've explained it multiple times but it seems like he has been incoherant to the problem.

Requesting Damages
Monetary 50,000
Actual 50,000
Nominal 50,000
Punitive 50,000

| | |
|---|---|
| Facility | Knox County, TN |
| Inmate | **STEVEN PAUL DAY** |
| Inmate ID | **1044858** |
| Inmate Balance | $0.00 |
| Inmate Loc | **KCDF-1C-217** |

| Qty | Item |
|---|---|
| 1 | INDIGENT DEODORANT |
| 2 | INDIGENT ENVELOPE (LEGAL) |
| 2 | INDIGENT ENVELOPE (PERSONAL) |
| 1 | INDIGENT ERASER |
| 1 | INDIGENT PAPER PAD |
| 1 | INDIGENT PENCIL |
| 1 | INDIGENT SHAMPOO |

**9**     Total Items

| | |
|---|---|
| Order Date | 08/20/2022 |
| Order ID | 78240790 |
| Subtotal | $0.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $0.00 |

signature:

_These are my commissary recipies for the last (5) weeks to show I'm Indigent and that my reciple says I'm being charged zero, dollors and zero cents but I am being charged on my transactions on vendenige .com._

| Facility | Knox County, TN |
| --- | --- |
| Inmate | **STEVEN PAUL DAY** |
| Inmate ID | **1044858** |
| Inmate Balance | $0.00 |
| Inmate Loc | **KCJ-05POD-5A5** |

| Qty | Item |
| --- | --- |
| 2 | INDIGENT ENVELOPE (LEGAL) |
| 2 | INDIGENT ENVELOPE (PERSONAL) |
| 1 | INDIGENT PENCIL |
| | |
| **5** | Total Items |

| Order Date | 08/27/2022 |
| --- | --- |
| Order ID | 78617083 |
| Subtotal | $0.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $0.00 |

signature:

_____

| Facility | Knox County, TN |
| Inmate | **STEVEN PAUL DAY** |
| Inmate ID | **1044858** |
| Inmate Balance | $0.00 |
| Inmate Loc | **KCJ-05POD-5A5** |

| Qty | Item |
| --- | --- |
| 1 | INDIGENT DEODORANT |
| 2 | INDIGENT ENVELOPE (LEGAL) |
| 2 | INDIGENT ENVELOPE (PERSONAL) |
| 1 | INDIGENT PENCIL |



| **6** | Total Items |

| Order Date | 09/04/2022 |
| Order ID | 79156710 |
| Subtotal | $0.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $0.00 |

signature:

_____



| | |
|---|---|
| Facility | Knox County, TN |
| Inmate | **STEVEN PAUL DAY** |
| Inmate ID | **1044858** |
| Inmate Balance | $0.00 |
| Inmate Loc | **KCJ-05POD-5A5** |

| Qty | Item |
|---|---|
| 2 | INDIGENT ENVELOPE (PERSONAL) |
| 1 | INDIGENT PENCIL |
| **3** | Total Items |

---

| | |
|---|---|
| Order Date | 09/12/2022 |
| Order ID | 79583238 |
| Subtotal | $0.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $0.00 |

signature: _____

| Facility | Knox County, TN |
|---|---|
| Inmate | **STEVEN PAUL DAY** |
| Inmate ID | **1044858** |
| Inmate Balance | $0.00 |
| Inmate Loc | **KCJ-05POD-5A5** |



| Qty | Item |
|---|---|
| 1 | INDIGENT COMB |
| 1 | INDIGENT DEODORANT |
| 2 | INDIGENT ENVELOPE (LEGAL) |
| 1 | INDIGENT PAPER PAD |
| 1 | INDIGENT SHAMPOO |

| **6** | Total Items |
|---|---|

| Order Date | 09/19/2022 |
|---|---|
| Order ID | 79966359 |
| Subtotal | $0.00 |
| Order Fee | $0.00 |
| Order Tax | $0.00 |
| Order Total | $0.00 |

signature: _____

LaShaun William Davidson #1341731
Knox Co. Jail
5001 Maloneyville Rd
Knoxville, TN 37918

RECEIVED

OCT 05 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States District Court Clerk
Office
Eastern District of Tennessee
At Knoxville
800 Market St, Suite 130
Knoxville, TN 37902

Knoxville PRDC TN 379
WED 28 SEP 2022 PM

Legal Mail